IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN DeANGELIS, ET AL. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ENCOMPASS HOME AND AUTO | : | |
| INSURANCE COMPANY, ET AL. | : | NO. 21-2577 |

## ORDER

**AND NOW**, this 12th day of January, 2022, upon consideration of "Defendant Victor A. Hoffman, Jr.'s Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6)" (Docket No. 12), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** insofar as it seeks dismissal of the claims against Hoffman in Counts III, IV, and VI, but **DENIED** insofar as it seeks dismissal of the claim against Hoffman in Count V.

2. Counts III, IV, and VI are **DISMISSED** with prejudice.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.