IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN DeANGELIS, ET AL. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ENCOMPASS HOME AND AUTO | : | |
| INSURANCE COMPANY, ET AL. | : | NO. 21-2577 |

## ORDER

**AND NOW**, this 30th day of May, 2023, upon consideration of "Defendant Victor A. Hoffman, Jr.'s Motion for Summary Judgment" (Docket No. 55), Plaintiffs' response thereto, and Defendant Hoffman's reply, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion for Summary Judgment is **GRANTED**.

2. **JUDGMENT IS ENTERED** in favor of Defendant Victor A. Hoffman, Jr., and against Plaintiffs Kevin and Danielle DeAngelis.

BY THE COURT:

/s/ John R. Padova, J.

_____
John R. Padova, J.